TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Gordon & Wong Law Group, P.C. and
Amy Louise Gordon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY ELLEN ARROYO,<br><br>    Plaintiff,<br><br>vs.<br><br>GORDON & WONG LAW GROUP, P.C., a California Corporation; and AMY LOUISE GORDON, individually and in her official capacity<br><br>    Defendants. | CASE NO.  1:09-CV-02150 AWI GSA<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

WHEREAS the Complaint in this action was filed on December 10, 2009; and

WHEREAS the Court set this action for a scheduling conference on March 23, 2010 at 9:00 a.m. by the Order dated December 11, 2009; and

WHEREAS Plaintiff mailed a copy of the Complaint and a request for waiver of service of the Summons and Complaint to Defendants on January 7, 2010, thereby causing Defendants' Answer to be due on March 8, 2010; and

WHEREAS Defendants filed their Answer on March 8, 2010; and

WHEREAS the parties believe that their settlement discussions would be facilitated by a brief continuance of the Scheduling Conference; and

THEREFORE, the parties hereby request to continue the scheduling conference for a period of approximately 60 days, to a date convenient for the Court, and further request permission to appear by telephone.

SO STIPULATED.

DATED: March 18, 2010   CONSUMER LAW CENTER, INC.
FRED W. SCHWINN
RAEON ROULSTON

By:   s/Fred W. Schwinn
Fred W. Schwinn
Attorneys for Plaintiff
Mary Ellen Arroyo

DATED: March 18, 2010   SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:   s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Gordon & Wong Law Group, P.C. and
Amy Louise Gordon

//
//
//

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference is continued from March 23, 2010 to May 26, 2010 at 9:30 a.m. Counsel for the parties may appear by telephone.

IT IS SO ORDERED.

Dated: March 18, 2010                    /s/ Gary S. Austin
                                                      Honorable Gary S. Austin
                                                      United States Magistrate Judge