Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARY ELLEN ARROYO

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| MARY ELLEN ARROYO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GORDON & WONG LAW GROUP, P.C., a California corporation; and AMY LOUISE GORDON, individually and in her official capacity,<br><br>　　　　　　　Defendants. | Case No.  1:09-CV-02150-AWI-GSA<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARY ELLEN ARROYO, and Defendants, GORDON & WONG LAW GROUP, P.C., and AMY LOUISE GORDON, stipulate, and the Court hereby orders, as follows:

　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARY ELLEN ARROYO, against Defendants, GORDON & WONG LAW GROUP, P.C., and AMY LOUISE GORDON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

1  Dated: April 28, 2010 　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
2　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　MARY ELLEN ARROYO
3

4
　　Dated: April 28, 2010 　　　　　　　　　　/s/ Tomio B. Narita
5　　　　　　　　　　　　　　　　　　　　Tomio B. Narita, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
6　　　　　　　　　　　　　　　　　　　　GORDON & WONG LAW GROUP, P.C., and
　　　　　　　　　　　　　　　　　　　　　AMY LOUISE GORDON
7

8
　　THE FOREGOING STIPULATION
9　　IS APPROVED AND IS SO ORDERED.

10

11　　Dated: _____

12　　　　　　　　　　　　　　　　　　　　Judge of the District Court

- 2 -

STIPULATION OF DISMISSAL AND ORDER　　　　　　Case No. 1:09-CV-02150-AWI-GSA