1 | Fred W. Schwinn (SBN 225575)
  | CONSUMER LAW CENTER, INC.
2 | 12 South First Street, Suite 1014
  | San Jose, California 95113-2418
3 | Telephone Number: (408) 294-6100
  | Facsimile Number: (408) 294-6190
4 | Email Address: fred.schwinn@sjconsumerlaw.com



Attorney for Plaintiff
MARY ELLEN ARROYO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| MARY ELLEN ARROYO, | Case No. 1:09-CV-02150-AWI-GSA |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| GORDON & WONG LAW GROUP, P.C., a California corporation; and AMY LOUISE GORDON, individually and in her official capacity, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARY ELLEN ARROYO, and Defendants, GORDON & WONG LAW GROUP, P.C., and AMY LOUISE GORDON, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARY ELLEN ARROYO, against Defendants, GORDON & WONG LAW GROUP, P.C., and AMY LOUISE GORDON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

- 1 -

STIPULATION OF DISMISSAL AND ORDER       Case No. 1:09-CV-02150-AWI-GSA

| | |
|---|---|
| 1  Dated: April 28, 2010 | /s/ Fred W. Schwinn |
| 2 | Fred W. Schwinn, Esq. |
| | Attorney for Plaintiff |
| 3 | MARY ELLEN ARROYO |
| 4 | |
| 5  Dated: April 28, 2010 | /s/ Tomio B. Narita |
| | Tomio B. Narita, Esq. |
| 6 | Attorney for Defendants |
| | GORDON & WONG LAW GROUP, P.C., and |
| 7 | AMY LOUISE GORDON |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 5-20-10

_____
Judge of the District Court

- 2 -

STIPULATION OF DISMISSAL AND ORDER          Case No. 1:09-CV-02150-AWI-GSA